IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SAMSON C. CALLIS, | : CASE NO. 24-14227 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : February 4, 2025 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| SAMSON C. CALLIS, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 11 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan on the parties at the below addresses, on January 29, 2025 by:

**24-14227-AMC Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Michael A. Cibik at help@cibiklaw.com, noreply01@cibiklaw.com; noreply02@cibiklaw.com; noreply03@cibiklaw.com; noreply04@cibiklaw.com; noreply05@cibiklaw.com; cibiklawpc@jubileebk.net; cibiklaw@recap.email; ecf@casedriver.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West at ecfemails@ph13trustee.com, philaecf@gmail.com

**24-14227-AMC Notice will not be electronically mailed to:**

EXECUTED ON:  January 29, 2025

                                              By:    /s/ Jonathan W. Chatham
                                                        Deputy Chief Counsel
                                                        PA Department of Revenue
                                                        Office of Chief Counsel
                                                        P.O. Box 281061
                                                        Harrisburg, PA 17128-1061
                                                        PA Attorney I.D.:  209683
                                                        Phone: (717) 783-3673
                                                        Facsimile: (717) 772-1459