## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13
Samson C. Callis

  :  BANKRUPTCY NO. 24-14227 AMC

AMC Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan 10/28/2025 at 10:00 AM before Honorable Chief Judge, Ashely M. Chan.

Respectfully submitted,

Date: September 10, 2025

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall
Suite 701
Philadelphia PA. 19106