IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SAMSON C. CALLIS, | : CASE NO. 24-14227 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME<br>: January 13, 2026 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| SAMSON C. CALLIS, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 30 |

**<u>CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 9, 2025</u>**

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on January 9, 2026 by:

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Samson C Callis
help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

```
KENNETH E. WEST on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

24-14227-amc Notice will not be electronically mailed to:
```

EXECUTED ON; January 9, 2026

                                                                                                       By:    /s/Jonathan W. Chatham
                                                                                                        Jonathan W. Chatham
                                                                                                          Deputy Chief Counsel
                                                                                                          PA Department of Revenue
                                                                                                          Office of Chief Counsel
                                                                                                          P.O. Box 281061
                                                                                                          Harrisburg, PA 17128-1061
                                                                                                          PA I.D. # 209683
                                                                                                          Phone: 717-783-3673
                                                                                                          Facsimile: 717-772-1459