IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| SAMSON C. CALLIS, | : CASE NO. 24-14227 AMC |
| DEBTOR | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME<br>: March 3, 2026 @ 10:00 a.m. |
| MOVANT | : |
| V. | : |
| SAMSON C. CALLIS, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 11,30 |

## WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's Amended Plan, the Department hereby withdraws its Objection to Debtor's Chapter 13 Plan.

Date: March 02, 2026

Respectfully submitted,

/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459