IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SAMSON C. CALLIS, | : CASE NO. 24-14227 AMC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : March 3, 2026 @ 10:00 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| SAMSON C. CALLIS, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 33 |

## CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's Amended Plan, the Department hereby withdraws its Objection to Debtor's Chapter 13 Plan.

**24-14227-amc Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Samson C Callis
help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

KENNETH E. WEST on behalf of Trustee KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**24-14227-amc Notice will not be electronically mailed to:**


EXECUTED ON: March 02, 2026

|  |  |
|---|---|
| By: | /s/ Jonathan W. Chatham |
|  | Jonathan W. Chatham |
|  | Deputy Chief Counsel |
|  | PA Department of Revenue |
|  | Office of Chief Counsel |
|  | P.O. Box 281061 |
|  | Harrisburg, PA 17128-1061 |
|  | PA I.D. # 209683 |
|  | Phone: 717-783-3673 |
|  | Facsimile: 717-772-1459 |