United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-14227-amc
Samson C Callis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 04, 2026      Form ID: 155      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Samson C Callis, 1000 Ivy Hill Rd Apt A15, Philadelphia, PA 19150-3224 |
| 14949510 | + | Laverock Apartments, PO Box 958, Lakewood, NJ 08701-0958 |
| 14949511 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14949514 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14949519 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14949504 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15007632 | | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14949505 | | Email/Text: bankruptcy@philapark.org | Mar 05 2026 00:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14949506 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 05 2026 00:17:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14949507 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 05 2026 00:17:35 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14949508 | | Email/Text: Bankruptcy@ICSystem.com | Mar 05 2026 00:16:00 | I C System, 444 Highway 96 East, PO Box 64378, St Paul, MN 55164-0378 |
| 14949509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2026 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14949512 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14950221 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14949513 | ^ | MEBN | Mar 05 2026 00:09:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14949515 | | Email/Text: bankruptcy@philapark.org | Mar 05 2026 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14949516 | + | Email/Text: bankruptcy1@pffcu.org | Mar 05 2026 00:16:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14949517 | + | Email/Text: bankruptcy1@pffcu.org | | |

| | | | |
|---|---|---|---|
| | | Mar 05 2026 00:16:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14959003 | + Email/Text: bankruptcy1@pffcu.org | Mar 05 2026 00:16:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14949518 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 05 2026 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14949520 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 05 2026 00:16:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2026      Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

**Name**  **Email Address**

JONATHAN WILKES CHATHAM
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Samson C Callis help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Samson C Callis<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−14227−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 3, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court